Hand-Delivered

FILED
ASHEVILLE, NC

AUG 19 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CECIL RANDOLPH WARNER, III,     )
                                )
   Plaintiff,                   )
                                )
v.                              )   Civil Action No. 1:25-CV-00142-MR-WCM
                                )
RREAF HOLDINGS, LLC,            )
                                )
   Defendant.                   )
                                )

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Cecil Randolph Warner, III, hereby voluntarily dismisses this action without prejudice.

No summons has been issued to the Defendant, and no responsive pleading has been filed. Accordingly, dismissal is proper under Rule 41(a)(1)(A)(i).

Respectfully submitted this 18th day of August, 2025.

*/s/ Cecil Randolph Warner, III*

Cecil Randolph Warner, III
460 View Point Road
Highlands, NC 28741
Plaintiff, pro se